IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BETSY ECKARDT                                                                                    PLAINTIFF

v                                              4:11CV00630-BRW

HEWLETT-PACKARD COMPANY                                                          DEFENDANT

ORDER

Now before the Court is the motion of Plaintiff requesting leave for out-of-state attorneys Edward M. Fox and Julie O. Herrera to appear *pro hac vice* in this case.

For good cause shown, the motion [docket entry #44] is GRANTED. Attorneys Edward M. Fox and Julie O. Herrera are hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Plaintiff.

IT IS SO ORDERED 13th day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

Prepared by:

Hank Bates (98063)
Carney Williams Bates Pulliam & Bowman, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR  72212
(501) 312-8500 – Telephone
(501) 312-8505 – Facsimile
hbates@carneywilliams.com

Attorney for Plaintiff