**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BETSY ECKARDT                                                                    PLAINTIFF

v.                                      **4:11-cv-00630-BRW**

HEWLETT-PACKARD COMPANY                                          DEFENDANT

<u>**ORDER**</u>

Pending is Defendant's Unopposed Motion to Dismiss State Law Claims. (Doc. No. 48).

Plaintiff filed a Complaint against Defendant alleging: (1) sex discrimination in violation of Title VII; (2) retaliation in violation of Title VII; (3) violation of Equal Pay Act; (4) retaliation in violation of Equal Pay Act; (5) sex discrimination in violation of the California Fair Employment & Housing Act ("FEHA"); and (6) retaliation in violation of FEHA.[1]

Plaintiff now wants to dismiss the sex discrimination and retaliation claims in Counts 5 and 6. Plaintiff has conferred with Defendant, and Defendant has no objection. Accordingly, Defendant's Motion (Doc. No. 48) is GRANTED.

Plaintiff should file an amended complaint no later than 5:00 p.m., Thursday, October 6, 2011. Defendant may file an answer to the amended complaint within 14 days of the filing of the amended complaint.

IT IS SO ORDERED this 22nd day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.