IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BETSY ECKARDT**                                                                  **PLAINTIFF**

**VS.**                                   **4:11-CV-00630-BRW**

**HEWLETT-PACKARD COMPANY**                             **DEFENDANT**

## ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 71). Because they have reached a settlement in this matter, the parties ask that this case be dismissed with prejudice. The Motion is GRANTED; this case is DISMISSED with prejudice. The Court retains jurisdiction to: enforce the terms of the settlement agreement; vacate this order; and reopen this action upon good cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 27th day of August, 2012.

                                                      /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE